UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

    Scott Thomas                                    Case No.   11-33923-DOT

Debtor                                              Chapter 13

    3643 Spratling Way

    Richmond, VA 23237

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) 1294

## ORDER APPROVING ATTORNEY COMPENSATION

     The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of $250.00 in connection with the filing of a post confirmation modified plan filed with this Court on 09/21/2012. There being no objection filed to the application for compensation in this matter to date in the amount of $250.00 and that the Chapter 13 trustee, Robert E. Hyman, is authorized to pay an additional $250.00 to Roger C. Hurwitz from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

                                      UNITED STATES BANKRUPTCY COURT

                                      By_____
                                                    Judge

Notice of Order Entered on Docket

_____

I ask for this:
/s/ Roger C. Hurwitz
Roger C. Hurwitz (VSB#51016)
Attorney for Debtor
The America Law Group, Inc.
d/b/a The Debt Law Group
Box 10
4036 Plank Road

    Fredericksburg, VA 22407
    804-921-1787
    Fax: 540-412-1465

    Seen and agreed

    /s/ Robert E. Hyman_____
    Robert E. Hyman

Certification

    I hereby certify that this Order has been endorsed by all necessary parties to this matter.

    /s/ Roger C. Hurwitz
    Roger C. Hurwitz

Please send a copy of this Order to:

Robert E. Hyman
P.O. Box 1780
Richmond, VA 23219-1780


Scott D. Thomas
Debtor
3643 Spratling Way
Richmond, VA 23237